1

JS-6

2

3

4

5

6

7

8

9

10                              UNITED STATES DISTRICT COURT

11                            CENTRAL DISTRICT OF CALIFORNIA

12    RAMIRO GARCIA,                        )
                                            )
13              Plaintiff,                  )        CASE NO. CV 09-8193-R
                                            )
14         vs.                              )
                                            )
15                                          )        **JUDGMENT**
      UNIVERSITY OF CALIFORNIA AT LOS )
16    ANGELES, a public entity; THE REGENTS)
      OF THE UNIVERSITY OF CALIFORNIA; )
17    UCLA POLICE DEPARTMENT; and           )
      DOES 10 through 20, inclusive, each of )
18    whom is sued individually and in their )
19    official capacity as police officers for the )
      UCLA Police Department,               )
20                                          )
      Defendants.                           )
21                                          )
                                            )
22    ——————————————————————)

23         The Motion for Summary Judgment of defendants THE REGENTS OF THE

24    UNIVERSITY OF CALIFORNIA and R. DEFRANCESCO on the operative Complaint of

25    plaintiff Ramiro Garcia, filed in the above-entitled action on July 2, 2010, came on regularly

26    before the Court on August 2, 2010.  The Court read and duly considered the moving, opposing,

27    and reply documents, and duly considered all evidence and argument presented in connection

28    therewith.

1    The Court having duly rendered its decision on the matter, and having issued its Order

2  Granting Defendants' Motion for Summary Judgment on August 2, 2010, in favor of defendants

3  and against plaintiff,

4    IT IS HEREBY ORDERED AND ADJUDGED that plaintiff, Ramiro Garcia, shall take

5  nothing and his action shall be dismissed on the merits and defendants, THE REGENTS OF THE

6  UNIVERSITY OF CALIFORNIA and R. DEFRANCESCO are awarded judgment and shall

7  recover their costs.

8  Dated:  September 27, 2010.

9    _____

10                               MANUEL L. REAL
                                 UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28